UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. Shannon Michael Devore                    Docket Number: 05-cr-00022-MSK-01

**Petition on Probation and Supervised Release**

COMES NOW, Jerald Mason, probation officer of the court, presenting an official report upon the conduct and attitude of Shannon Michael Devore who was placed on supervision by the Honorable Rodney W. Sippel sitting in the court in the Eastern District of Missouri, on the 8th day of July, 2002, who fixed the period of supervision at two years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1.     The defendant shall refrain from any unlawful use of a controlled substance and submit to a drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.

2.     The defendant shall participate, as directed by the probation officer, in drug or alcohol abuse treatment program which may include substance abuse testing, counseling, residence in a Community Corrections Center, residence in a Comprehensive Sanctions Center, or in-patient treatment in a treatment center or hospital.

3.     The defendant shall refrain from the use of alcohol and/or all other intoxicants.

4.     The defendant shall participate in a program of mental health aftercare, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.

On January 13, 2005, jurisdiction of the defendant's case was transferred from the Eastern District of Missouri to the District of Colorado and assigned to Your Honor.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

See attachment hereto and herein incorporated by reference

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant for violation of supervised release and the petition and warrant be sealed until the arrest of the defendant.

ORDER OF THE COURT

| | |
|---|---|
| Considered and **DENIED** this 19th day of December, 2005, and ordered filed and made a part of the record in the above case. | I declare under penalty of perjury that the foregoing is true and correct. |
| | s/Jerald Mason |
| | Jerald Mason |
| s/Marcia S. Krieger | Probation Officer |
| | Place: Denver, Colorado |
| | Date:  December 15, 2005 |
| Marcia S. Krieger | |
| U.S. District Judge | |

**ATTACHMENT**

Attached hereto as Exhibit A and incorporated by reference is a true copy of the conditions of supervised released signed by the defendant December 19, 2003.  His signature on this occasion acknowledged the conditions had been read and explained to him, that he fully understood said conditions, and that he was provided with a copy of them. The term of supervised release commenced December 17, 2003.  Jurisdiction was transferred to the District of Colorado on January 13, 2005, from the Eastern District of Missouri.

The defendant has committed the following violations of supervised release:

**1.      VIOLATION OF LAW**

On or about December 14, 2005, the defendant committed the offense of False Information to a Pawnbroker, in violation of CRS 12-56-104.  This is a Fifth Degree Felony, which constitutes a Grade  B violation of supervised release.
This charge is based on the following facts:

According to the Larimer County Sheriff's Department Offense Report, dated December 14, 2005, the defendant admitted that he pawned equipment which belonged to his employer, Timothy Ellman, Ellman Service Company, Fort Collins, Colorado, at the Jumping Jack Cash Pawnshop, Fort Collins, Colorado, without his employer's permission.

**2.      VIOLATION OF LAW:**

On or about December 14, 2005, the defendant committed the offense of False Information to a Pawnbroker, in violation of CRS 12-56-104.  This is a Fifth Degree Felony, which constitutes a Grade  B violation of supervised release.

This charge is based on the following facts:

According to the Larimer County Sheriff's Department Offense Report, dated December 14, 2005, the defendant admitted that he pawned equipment which belonged to his employer, Timothy Ellman, Ellman Service Company, Fort Collins, Colorado, at the Jumping Jack Cash Pawnshop, Fort Collins, Colorado, without his employer's permission.

**3.      VIOLATION OF LAW:**

On or about December 14, 2005, the defendant committed the offense of Theft, in violation of CRS 18-4-401.  This is a Second Degree Misdemeanor, which constitutes a Grade C violation of supervised release.

This charge is based on the following facts:

According to the Larimer County Sheriff's Department Offense Report, dated December 14, 2005, the defendant admitted that he removed equipment which belonged to his employer, Timothy Ellman, Ellman Service Company, Fort Collins, Colorado, without his employer's permission.